In the Matter of the Application of CHARLES M. WILSON for the Appointment of an Administrator of the Estate of ANNA M. WILSON, Deceased.— Judgment and decree dismissing application for letters of administration unanimously affirmed on the facts and on the law, with costs and disbursements to the respondent.

JOSEPH B. AUSTIN, Respondent, v. FRED A. STRYKER, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal within thirty days, and pays said costs, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. SAVERINO BELLAMO, Respondent, v. RUMSEY PUMP COMPANY, Appellant.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN BONCZOW, Respondent, v. AMERICAN RADIATOR COMPANY and Another, Appellants.— Motion to dismiss appeals taken February 23, 1925, and April 27, 1925, granted on the ground that these awards were rescinded April 30, 1925, with ten dollars costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOZEPF BUTLAK, Respondent, v. BETHLEHEM STEEL CO., INC., Appellant.—Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PATRICIA BUTKUS, Respondent, v. JOHN BERZETES and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

CHARLES B. CRISPELL, Respondent, v. ABE LINDAUER and Others, Appellants. — Motion granted, with ten dollars costs.

EDWARD M. CONROW, as Administrator, etc., of ROSE L. CONROW, Deceased, Respondent, v. WILLIAM SNYDER and Others, Appellants.— Motion denied, with ten dollars costs.

AURELIA CLIFFORD, Appellant, v. GEORGE H. ATKINS, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ALPHONSE CAPPIELLO, Respondent, v. STEIN-BLOCH COMPANY and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

ELIZABETH A. COOK, as Administratrix, etc., of MARION R. COOK, Deceased, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS CARTER, Respondent, v. BORCHARD HOLDING CORPORATION and Another, Appellants.—Award reversed and claim remitted to the State Industrial Board, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. TILLIE COPPINGER, Respondent, v. JOSEPH A. CORPORATION and Another, Appellants.— Motion denied.

ALBERT CENTERBAR, an Infant, by WILLIAM C. CENTERBAR, His Guardian ad Litem, Respondent, v. ORAZIO CLEMENTE and Another, Copartners, etc., Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH DONOVAN, Respondent, v. RAVENSWOOD PAPER MILL COMPANY, Appellant, Impleaded with Another, Defendant.—Award unanimously affirmed, with costs to the State Industrial Board.

JNO. DUNLOP'S SONS, INC., Respondent, v. FRANK ALPREN and Another, Individually and Doing Business as ALPREN BROS., Appellants.— Motion denied.